# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Urbanski, Michael F. | U.S. District Court - Western District of Virginia | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

United States District Court
210 Franklin Road, SW
Roanoke, VA 24011-2208

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (reportable assets are listed in Part VII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▒▒▒▒▒▒ - part-time (wages) |
| 2. 2020 | Gardener - self-employed (occasional) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | 01/06/2020-01/09/2020 | Charlottesville, VA | National Trial Advocacy College (teaching/mock trial judging) | Meals, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo Bank (cash) | A | Interest | M | T | | | | | |
| 3. Parkway Acquisition Corp. PKKW:US - Common Stock | A | Dividend | K | T | | | | | |
| 4. MetLife Policyholder Trust | A | Dividend | J | T | | | | | |
| 5. Real Estate/ Carroll Co., VA (1/2 interest) | | None | L | W | | | | | |
| 6. Northwestern Mutual - Ordinary Life (whole life) | B | Dividend | K | T | | | | | |
| 7. Northwestern Mutual - Custom CompLife (whole life) | C | Dividend | L | T | | | | | |
| 8. Northwestern Mutual - Term to Age 65 (whole life) | B | Dividend | K | T | | | | | |
| 9. Northwestern Mutual - 90 Life (whole life) | B | Dividend | K | T | | | | | |
| 10. Account #1 (H) | | | | | | | | | |
| 11. Equitable Financial Life Insurance Company Multi-Mgr Agg Equity Fund | | None | J | T | | | | | |
| 12. Account #2 (H) | | | | | | | | | |
| 13. Wells Fargo (cash) | A | Interest | M | T | Open | 07/06/20 | J | | |
| 14. USAA Life Ins. Co. Annuity (fixed) #1 | A | Interest | | | Distributed | 08/06/20 | J | | |
| 15. USAA Life Ins. Co. Annuity (fixed) #2 | A | Interest | | | Distributed | 08/06/20 | K | | |
| 16. USAA Life Ins. Co. Annuity (fixed) #3 | | None | | | Distributed | 08/14/20 | M | | |
| 17. 1st Advantage Federal Credit Union (cash) | A | Dividend | | | Closed | 11/16/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | American General Life Insurance - Whole Life | A | Dividend | | | Distributed | 11/25/20 | J | | |
| 19. | JPMorgan Ultra-Short Income (JPST) | A | Dividend | J | T | Buy (add'l) | 09/03/20 | J | | |
| 20. | | | | | | Buy (add'l) | 09/21/20 | J | | |
| 21. | Proshares Russell 2000 Div Growers (SMDV) | A | Dividend | | | Sold | 08/25/20 | J | | |
| 22. | Invesco High Yield Muni. Fd CL Y (ACTDX) | A | Dividend | K | T | Buy (add'l) | 09/03/20 | J | | |
| 23. | | | | | | Buy (add'l) | 09/21/20 | J | | |
| 24. | American Limited Term Tax Exempt Bond Fund F2 (LTEFX) | A | Dividend | J | T | Buy (add'l) | 09/03/20 | J | | |
| 25. | | | | | | Buy (add'l) | 09/21/20 | J | | |
| 26. | Brookfield Funds Center Coast MLP Focus Y (CCCNX) | A | Dividend | J | T | Buy (add'l) | 09/03/20 | J | | |
| 27. | Delaware Grp Global & Intl Funds Emerging Markets Fd. (DEMIX) | A | Dividend | L | T | Buy (add'l) | 09/03/20 | K | | |
| 28. | | | | | | Buy (add'l) | 09/21/20 | J | | |
| 29. | Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | Buy (add'l) | 09/03/20 | J | | |
| 30. | Edgewood Funds Growth Fund I (EGFIX) | C | Dividend | L | T | Buy (add'l) | 09/03/20 | K | | |
| 31. | | | | | | Buy (add'l) | 09/22/20 | J | | |
| 32. | Federated Funds Kaufmann Small Cap Fund I (FKAIX) | A | Dividend | K | T | Buy (add'l) | 09/03/20 | J | | |
| 33. | | | | | | Buy (add'l) | 09/21/20 | J | | |
| 34. | American Funds New World Fund F2 (NFFFX) | A | Dividend | J | T | Buy (add'l) | 09/03/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Urbanski, Michael F.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 36. Legg Mason Funds Clearbridge Intl Grwth I (LMGNX) | A | Dividend | J | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 38. JPMorgan TR II Equity Income Fund I (HLIEX) | B | Dividend | L | T | Buy<br>(add'l) | 09/03/20 | K | | |
| 39. | | | | | Buy<br>(add'l) | 09/21/20 | K | | |
| 40. JPMorgan TR II Small Cap Growth Fund I (JISGX) | A | Dividend | J | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 42. JPMorgan TR I Emerging Markets Equity Fund L (JMIEX) | A | Dividend | K | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 44. Pimco Intl Bond Fund US Dollar Hedged Inst (PFORX) | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 45. Pimco Fds Pac Invt Mgmt Ser Emerg Mkts (PEBIX) | A | Dividend | K | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 47. Touchstone Mid Cap Inst. (TMCPX) | B | Dividend | L | T | Buy<br>(add'l) | 09/03/20 | K | | |
| 48. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 49. Undiscovered Mgrs Behavioral Value I (UBVLX) | A | Dividend | L | T | Buy<br>(add'l) | 09/03/20 | K | | |
| 50. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 51. CUNA Single Premium Immediate Income Annuity (fixed) | | None | | | Distributed | 08/04/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, USAA Life Ins. Co. Annuity (fixed) #3 and CUNA Single Premium Immediate Income Annuity (fixed): These items do not generate reportable income as defined on page 41 of the filing instructions.

Part VII, Account #1 is an Equitable Financial Life Insurance Company variable annuity. The underlying asset is reported in Part VII.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael F. Urbanski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544